The motions are granted. The petition is dismissed.

In re SIERRA WIRELESS, INC., Sierra Wireless America, Inc., Kyocera Corporation, Kyocera Communications, Inc., and Kyocera Wireless Corp., Petitioners.

No. 969.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2010.

**ON PETITION FOR WRIT OF MANDAMUS**

**ORDER**

Sierra Wireless, Inc. and Sierra Wireless America, Inc. (Sierra) move without opposition to withdraw as petitioners. Kyocera Corporation, Kyocera Communications, Inc., and Kyocera Wireless Corp. (Kyocera) separate move without opposition to withdraw the petition if this court grants Sierra's motion.

Upon consideration thereof,

It Is Ordered That: